

SUTHERLAND ASBILL & BRENNAN LLP

1114 Avenue of the Americas, 40th Floor

New York, NY 10036-7703

212.389.5000  Fax 212.389.5099

www.sutherland.com

**TRAVIS J. MOCK**
DIRECT LINE: 212.389.5066
E-mail: travis.mock@sutherland.com

January 8, 2015

The Honorable Susie Morgan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C322
New Orleans, LA  70130

Re: *Joseph, et al. v. Signal Int'l, LLC, et al.*,
14-CV-2826 (E.D. La.) (SM) (DEK)

Dear Judge Morgan:

This firm is counsel for the plaintiffs ("Joseph Plaintiffs") in the case *Joseph, et al. v. Signal, et al.*, 13-CV-0324 (E.D. Tex.).  The Texas court recently severed cross-claims filed there by the Signal defendants ("Signal") and transferred them to the Eastern District of Louisiana to be heard in conjunction with related proceedings already pending before your Honor.  *See* Order Severing and Transferring Counterclaims, 13-CV-0324, ECF 205 (E.D. Tex. Dec. 8, 2014).  The transferred action is captioned in this Court as set out in the subject line of this letter.  Even though the Texas court transferred only Signal's cross-claims, the ECF docket from the case in Texas appears to have been copied in its entirety.  As a result, the Joseph Plaintiffs appear on the ECF docket as plaintiffs in the action before your Honor, even though they are not party to the transferred cross-claims, and their complaint against all defendants remains pending in Texas.

I write to confirm our understanding, based on the transfer order and conversations with your chambers and the clerk's office, that the Joseph Plaintiffs are not parties to the transferred proceeding and that Signal, not the Joseph Plaintiffs, is the proper plaintiff as to the cross-claims transferred to this Court.  We further understand that the pending RICO Standing Order, which requires certain disclosures by "plaintiff(s)," applies only to Signal as cross-claimant(s), not the Joseph Plaintiffs.  *See* RICO Standing Order, 14-CV-2826, ECF 207 (E.D. La. Dec. 17, 2014).

25322990.1

ATLANTA    AUSTIN    GENEVA    HOUSTON    LONDON    NEW YORK    SACRAMENTO    WASHINGTON D.C.

The Honorable Susie Morgan
January 8, 2015
Page 2

 Please feel free to contact us if there are any further questions or concerns regarding this matter.

        Respectfully yours,

        **SUTHERLAND ASBILL & BRENNAN LLP**


        */s/ Travis James Mock*
        Travis James Mock


cc: All counsel of record (by ECF)